**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG**

**MONTE C. WASHINGTON,**

       Petitioner,

**v.**                                                    **CIVIL ACTION NO.: 3:19-CV-124
                                                          (GROH)**

**G. GOMEZ,
Warden FCI Morgantown,**

       Respondent.

<u>**ORDER ADOPTING REPORT AND RECOMMENDATION**</u>

Now before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Robert W. Trumble.   Pursuant to this Court's Local Rules, this action was referred to Magistrate Judge Trumble for submission of a proposed R&R. Magistrate Judge Trumble issued his R&R [ECF No. 22] on April 13, 2020.   Therein, Magistrate Judge Trumble recommends that the Petitioner's § 2241 petition [ECF No. 1] be denied and dismissed without prejudice.

Pursuant to 28 U.S.C. § 636(b)(1)(C), this Court must conduct a de novo review of the magistrate judge's findings where objection is made.   However, the Court is not required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge to which no objection is made.   <u>Thomas v. Arn</u>, 474 U.S. 140, 150 (1985).   Failure to file timely objections constitutes a waiver of de novo review and of a petitioner's right to appeal this Court's Order.   28.U.S.C..§ 636(b)(1); <u>Snyder v. Ridenour</u>, 889 F.2d 1363, 1366 (4th Cir. 1989); <u>United States v. Schronce</u>, 727 F.2d 91,

94 (4th Cir. 1984).

Objections to Magistrate Judge Trumble's R&R were due within fourteen plus three days of service.   28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).   The R&R was mailed to the Petitioner by certified mail on April 13, 2020.   ECF No. 22.   The Petitioner accepted service on April 16, 2020.   ECF No. 23.   To date, no objections have been filed. Accordingly, this Court will review the R&R for clear error.

Upon careful review of the R&R, it is the opinion of this Court that Magistrate Judge Trumble's Report and Recommendation [ECF No. 22] should be, and is hereby, **ORDERED ADOPTED** for the reasons more fully stated therein.   Therefore, the Petitioner's § 2241 Petition [ECF No. 1] is **DENIED** and the § 2241 proceeding is **DISMISSED WITHOUT PREJUDICE**.   Furthermore, the Respondent's Motion to Dismiss, or, in the Alternative, Motion for Summary Judgment [ECF No. 11] is hereby **GRANTED**.

This matter is **ORDERED STRICKEN** from the Court's active docket.   The Clerk of Court is **DIRECTED** to mail a copy of this Order to the Petitioner by certified mail, return receipt requested, at his last known address as reflected on the docket sheet.

**DATED:** May 7, 2020

GINA M. GROH
CHIEF UNITED STATES DISTRICT JUDGE

2